Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                       Case No.: 17−10060−MBK
                                       Chapter: 13
                                       Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Keith W. Nelms                                             Kathleen P. Nelms
   119 Driftwood Lane                               119 Driftwood Lane
   Lanoka Harbor, NJ 08734                   Lanoka Harbor, NJ 08734

Social Security No.:
   xxx−xx−6578                                                 xxx−xx−8637

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           3/14/17
Time:          10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 18, 2017
JAN: gan

                                                                Jeanne Naughton
                                                                Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Keith W. Nelms
Kathleen P. Nelms
    Debtors

Case No. 17-10060-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 18, 2017
                  Form ID: 132     Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2017.

```
db/jdb        +Keith W. Nelms,    Kathleen P. Nelms,    119 Driftwood Lane,    Lanoka Harbor, NJ 08734-2816
cr            +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    C/O KOURY TIGHE LAPRES BISULCA & SOMMERS,
                1423 Tilton Road, Suite 9,    Northfield, NJ 08225-1857
516576918     +Bank of America Home Loans,    7105 Corporate Drive,    Plano, TX 75024-4100
516576920     +Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
516576921     +First Credit Services,    377 Hoes Lanes,    Suite 200,    Piscataway, NJ 08854-4155
516576922     +First Data Merchant Svcs,    4000 Coral Ridge Drive,    C-230,    Pompano Beach, FL 33065-7614
516576924     +Lane Bryant,    P.O. Box 182789,    Columbus, OH 43218-2789
516576925     +N.J. Division of Taxation,    Bankruptcy Section,    P.O. Box 245,    Trenton, NJ 08695-0245
516576926     +Ocean County Sheriff's Office,    120 Hooper Avenue,    P.O. Box 2191,
                Toms River, NJ 08754-2191
516576927     +Phelan Hallinan Diamond & Jones PC,    400 Fellowship Road,    #100,
                Mount Laurel, NJ 08054-3437
516576930     +Wells Fargo Bank N.A.,    1 Home Campus,    MAC X2303-01A,    Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 18 2017 23:38:24    U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 18 2017 23:38:21    United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516576919     +E-mail/Text: bankruptcy@usecapital.com Jan 18 2017 23:39:25    Capital Accounts LLC,
                P.O. Box 140065,    Nashville, TN 37214-0065
516576923      E-mail/Text: cio.bncmail@irs.gov Jan 18 2017 23:37:53    Internal Revenue Service,
                P.O Box 970011,    Saint Louis, MO 63197
516576928      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 18 2017 23:43:36
                Portfolio Recovery Associates,    120 Corporate Boulevard,    Suite 100,    Norfolk, VA 23502
516576929      E-mail/Text: bankruptcy@senexco.com Jan 18 2017 23:37:19    Senex Services,
                3333 Founders Road,    2nd Floor,    Indianapolis, IN 46268
                                                                                               TOTAL: 6
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516576917    ##+Amerassit AR Solutions,    8415 Pulsar Place,    Suite 250,    Columbus, OH 43240-4033
                                                                                TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2017 at the address(es) listed below:

```
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS
               REVOLVING HOME EQUITY LOAN TRUST, SERIES 2004-Q dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              George E Veitengruber, III    on behalf of Debtor Keith W. Nelms Gveitengruberesq@gmail.com,
               knapolitano15@gmail.com
              George E Veitengruber, III    on behalf of Joint Debtor Kathleen P. Nelms
               Gveitengruberesq@gmail.com,    knapolitano15@gmail.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```