Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  17–10060–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Keith W. Nelms
119 Driftwood Lane
Lanoka Harbor, NJ 08734

Kathleen P. Nelms
119 Driftwood Lane
Lanoka Harbor, NJ 08734

Social Security No.:
xxx–xx–6578

xxx–xx–8637

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on September 28, 2017.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 28, 2017
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-10060-MBK
Keith W. Nelms                                                            Chapter 13
Kathleen P. Nelms
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin           Page 1 of 2         Date Rcvd: Sep 28, 2017
                            Form ID: 148           Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2017.
```
db/jdb      +Keith W. Nelms,   Kathleen P. Nelms,   119 Driftwood Lane,   Lanoka Harbor, NJ 08734-2816
aty         +Phelan Hallinan & Schmieg,   400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
cr          +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,  C/O KOURY TIGHE LAPRES BISULCA & SOMMERS,
             1423 Tilton Road, Suite 9,   Northfield, NJ 08225-1857
cr          +WELLS FARGO BANK, N.A.,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
             Mt. Laurel, NJ 08054-3437
516576921   +First Credit Services,   377 Hoes Lanes,   Suite 200,   Piscataway, NJ 08854-4155
516576922   +First Data Merchant Svcs,   4000 Coral Ridge Drive,   C-230,   Pompano Beach, FL 33065-7614
516614912   +Midland Credit Management, Inc. as agent for,   Asset Acceptance LLC,   Po Box 2036,
             Warren MI 48090-2036
516576925   +N.J. Division of Taxation,   Bankruptcy Section,   P.O. Box 245,   Trenton, NJ 08695-0245
516576926   +Ocean County Sheriff's Office,   120 Hooper Avenue,   P.O. Box 2191,
             Toms River, NJ 08754-2191
516576927   +Phelan Hallinan Diamond & Jones PC,   400 Fellowship Road,   #100,
             Mount Laurel, NJ 08054-3437
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 28 2017 22:48:47    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 28 2017 22:48:44    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516611216    EDI: GMACFS.COM Sep 28 2017 22:28:00    Ally Financial,   PO Box 130424,
             Roseville MN 55113-0004
516576918   +EDI: BANKAMER.COM Sep 28 2017 22:28:00    Bank of America Home Loans,   7105 Corporate Drive,
             Plano, TX 75024-4100
516712095    EDI: BANKAMER.COM Sep 28 2017 22:28:00    Bank of America, N.A.,   PO Box 31785,
             Tampa, FL 33631-3785
516576919   +E-mail/Text: bankruptcy@usecapital.com Sep 28 2017 22:49:43    Capital Accounts LLC,
             P.O. Box 140065,   Nashville, TN 37214-0065
516576920   +EDI: CAPITALONE.COM Sep 28 2017 22:28:00    Capital One,   P.O. Box 71083,
             Charlotte, NC 28272-1083
516576923    EDI: IRS.COM Sep 28 2017 22:28:00    Internal Revenue Service,   P.O Box 970011,
             Saint Louis, MO 63197
517079290    EDI: BL-BECKET.COM Sep 28 2017 22:28:00    Kohl's,   c/o Becket and Lee LLP,   PO Box 3001,
             Malvern PA 19355-0701
516769776    EDI: RESURGENT.COM Sep 28 2017 22:28:00    LVNV Funding LLC, C/O Resurgent Capital Services,
             P.O. Box 10675,   Greenville, SC 29603-0675
516576924   +EDI: WFNNB.COM Sep 28 2017 22:28:00    Lane Bryant,   P.O. Box 182789,
             Columbus, OH 43218-2789
516576928    EDI: PRA.COM Sep 28 2017 22:28:00    Portfolio Recovery Associates,   120 Corporate Boulevard,
             Suite 100,   Norfolk, VA 23502
516818379    EDI: PRA.COM Sep 28 2017 22:28:00    Portfolio Recovery Associates, LLC,
             C/O capital One Bank (usa), N.a.,   POB 41067,   Norfolk VA 23541
516611480    EDI: Q3G.COM Sep 28 2017 22:28:00    Quantum3 Group LLC as agent for,   CF Medical LLC,
             PO Box 788,   Kirkland, WA  98083-0788
516576929    E-mail/Text: bankruptcy@senexco.com Sep 28 2017 22:48:02    Senex Services,
             3333 Founders Road,   2nd Floor,   Indianapolis, IN 46268
516656262   +EDI: RMSC.COM Sep 28 2017 22:28:00    Synchrony Bank,   c/o of PRA Receivables Management, LLC,
             PO Box 41021,   Norfolk, VA 23541-1021
516576930   +EDI: WFFC.COM Sep 28 2017 22:28:00    Wells Fargo Bank N.A.,   1 Home Campus,   MAC X2303-01A,
             Des Moines, IA 50328-0001
516819675   +E-mail/Text: bkteam@selenefinance.com Sep 28 2017 22:48:14
             Wilmington Savings Fund Society, FSB, d/b/a Christ,   c/o Selene Finance LP,
             9990 Richmond Ave Ste 400 South,   Houston, TX 77042-4546
                                                                                         TOTAL: 18
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*          +Wells Fargo Bank N.A.,   1 Home Campus MAC X2303-01A,   Des Moines, IA 50328-0001
516576917    ##+Amerassit AR Solutions,   8415 Pulsar Place,   Suite 250,   Columbus, OH 43240-4033
                                                                          TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3          User: admin           Page 2 of 2          Date Rcvd: Sep 28, 2017
                             Form ID: 148           Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2017                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2017 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Andrew L. Spivack   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Denise E. Carlon   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
           AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS
           REVOLVING HOME EQUITY LOAN TRUST, SERIES 2004-Q dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          George E Veitengruber, III   on behalf of Debtor Keith W. Nelms Gveitengruberesq@gmail.com,
           knapolitano15@gmail.com
          George E Veitengruber, III   on behalf of Joint Debtor Kathleen P. Nelms
           Gveitengruberesq@gmail.com,  knapolitano15@gmail.com
          James Patrick Shay   on behalf of Creditor   WELLS FARGO BANK, N.A. james.shay@phelanhallinan.com
          Michael Frederick Dingerdissen   on behalf of Loss Mitigation   Wells Fargo Bank N.A.
           nj.bkecf@fedphe.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 8
```