Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                    Case No.:  17−10060−MBK
                    Chapter:  13
                    Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Keith W. Nelms                             Kathleen P. Nelms
  119 Driftwood Lane                   119 Driftwood Lane
  Lanoka Harbor, NJ 08734         Lanoka Harbor, NJ 08734

Social Security No.:
  xxx−xx−6578                                 xxx−xx−8637

Employer's Tax I.D. No.:

---

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>January 23, 2018</u>                 <u>Michael B. Kaplan</u>
                                            Judge, United States Bankruptcy Court